1  PHILLIP A. TALBERT
2  United States Attorney
   MATHEW W. PILE
3  Associate General Counsel
   Office of Program Litigation, Office 7
4  Social Security Administration
   Oscar Gonzalez de Llano
5  Special Assistant United States Attorney
           Social Security Administration
6          Office of General Counsel
           6401 Security Boulevard
7          Baltimore, MD 21235
           Telephone: (510) 970-4818
8          Email: Oscar.Gonzalez@ssa.gov
   Attorneys for Defendant
9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13 | MELISSA DANIELLE MARTINEZ,    | No. 1:24-cv-00626-SKO

14 | Plaintiff,

15 | v.                             | STIPULATION AND UNOPPOSED MOTION
                                     FOR VOLUNTARY REMAND PURSUANT
                                     TO SENTENCE FOUR OF 42 U.S.C. § 405(g)
16 | MARTIN O'MALLEY,               | AND TO ENTRY OF JUDGMENT; ORDER
   | Commissioner of Social Security,
17 |                                | (Doc. 15)
   | Defendant.
18

19

20    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned

21 attorneys, and with the approval of the Court, that the Commissioner of Social Security has

22 agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The

23 purpose of the remand is to offer Plaintiff a new decision.

24    On remand, the Commissioner will further develop the record as necessary and issue a

25 new decision. The parties further request that the Clerk of the Court be directed to enter a final

26 judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

27 Commissioner.

28

Stip. to Remand

Respectfully submitted this 31st day of October, 2024.

                              PHILLIP A. TALBERT
                              United States Attorney

By: *s/ Oscar Gonzalez de Llano*
      OSCAR GONZALEZ DE LLANO
      Special Assistant United States Attorney
      Attorneys for Defendant

Law Offices of Lawrence D. Rohlfing, Inc., CPC

By: */s/ Laura E. Krank* *
      Laura E. Krank
      *Authorized by email*
      Attorneys for Plaintiff

Stip. to Remand

# ORDER

Based upon the parties' Stipulation and Unopposed Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 15), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation to Remand.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall therefore close the case.

IT IS SO ORDERED.

Dated:   **November 1, 2024**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

Stip. to Remand